PROB 12B
(7/93)

Report Date: April 14, 2009

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 1 4 2009

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kerri Marie Baer                     Case Number: 2:09CR02036-001

Name of Sentencing Judicial Officer: The Honorable James P. Hutton

Date of Original Sentence: 3/17/2008                    Type of Supervision: Magistrate Probation

Original Offense: Theft of Public Money,                Date Supervision Commenced: 3/17/2008
18 U.S.C. § 641

Original Sentence: Probation - 24 Months                Date Supervision Expires: 3/16/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   The defendant shall be allowed to travel to the country of Canada with the advance prior approval of the probation officer.

## CAUSE

The offender was originally sentenced in the Western District of Washington on March 17, 2008, to a 2-year term of probation. The offender's offense involved not reporting she had remarried while continuing to receive social security benefits from the death of her first husband. Restitution of $34,816 was ordered. The offender makes regular restitution payments and is in compliance with the conditions of her probation to the best knowledge of the probation officer. The offender has no other criminal history. Transfer of jurisdiction in this case was completed on January 28, 2009.

The offender is employed as a sales and marketing representative for Evergreen Financial Services. Evergreen Financial Services provides debt collection services. The defendant currently travels in Washington, Oregon, and Idaho to develop and service accounts. Her company has expanded into the Canadian market and is beginning to service accounts in the British Columbia area. In order to facilitate servicing of these accounts and develop new accounts, the offender is requesting permission to travel to Canada on a regular basis. The offender's employer is aware of the offender's Federal conviction.

Generally, only the Court can authorize travel outside the United States for individuals under the Court's jurisdiction, unless specific authority is granted to the probation officer for this purpose. In this case, the offender requests the Court approve the modification of her conditions to allow the probation officer to grant her travel to Canada. This will avoid multiple requests to the Court for the same purpose and possible delays in obtaining approval. The offender has signed a waiver agreeing to this condition which is attached for the Court's review.

Prob 12B
**Re:  Baer, Kerri Marie**
**April 14, 2009**
**Page 2**

Considering the offender's legitimate employment needs, her lack of a significant criminal history, and excellent compliance while on probation, it is requested the Court approve the modification as requested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4-14-09

Kevin J. Crawford
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

James P. Hutton
Signature of Judicial Officer

4/14/2009
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 14 2009

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   The defendant shall be allowed to travel to the country of Canada with the advance prior approval of the probation officer.

Witness: _____          Signed: _____
Kevin J. Crawford                                      Kerri Marie Baer
U.S. Probation Officer                                 Probationer or Supervised Releasee

April 14, 2009
Date